tion by Francis S. Wilson against June G. Wilson and Felix Isman. I. L. Bamberger, for appellants. J. W. Shepard, for respondent. No opinion. Judgment affirmed, with costs.

WOLF, Appellant, v. MANHATTAN CONSUMERS' BREWING CO., Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Margaret Wolf, as administratrix, against the Manhattan Consumers' Brewing Company. A. L. Pincoffs, for appellant. J. V. Bouvier, Jr., for respondent. No opinion. Judgment and order affirmed, with costs.

WOOD & SELICK v. ELLSWORTH. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Wood & Selick against Grace H. Ellsworth. No opinion. Motion denied, with $10 costs.

WOODRUFF, Respondent, v. NEW YORK GLUCOSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Mary Woodruff, as executrix, etc., of John T. Woodruff, deceased, against the New York Glucose Company. No opinion. Judgment and order unanimously affirmed, with costs.

WORCESTER SALT CO., Respondent, v. UNITED STATES CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by the Worcester Salt Company against the United States Casualty Company. No opinion. Judgment and order affirmed, with costs.

WRIGHT v. EMPIRE STEEL & IRON CO. (Supreme Court, Appellate Division, First Department. March 17, 1905.) Action by Frank P. Wright against the Empire Steel & Iron Company. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

WRIGHT, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Walter A. Wright against the Erie Railroad Company. No opinion. Motion denied.

WRIGHT, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Walter A. Wright against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

WRIGHT, Appellant, v. MAERKLE et al., Respondents. (Supreme Court. Appellate Division, Second Department. February 15, 1905.) Action by George S. Wright against Balthasar Maerkle and another.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., not voting.

WULFF, Respondent, v. FIFTH AVE. COACH CO., Appellant (two cases). (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Actions by Robert Wulff an infant, by his guardian ad litem, and by Adolph Wulff, against the Fifth Avenue Coach Company. No opinion. Judgment and order in each case unanimously affirmed, with costs.

WULFF v. FIFTH AVE. COACH CO. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Robert W. Wulff, an infant, etc., against the Fifth Avenue Coach Company. No opinion. Application denied. Execution of judgment stayed 10 days to enable the appellant to apply to a judge of the Court of Appeals, if so advised.

YOUNG, Respondent, v. BARRY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by Alden W. Young against Maurice Barry. No opinion. Judgment affirmed, with costs.

YOUNG, Respondent, v. YOUNG, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Anna V. Young against William W. Young. I. L. Ernst, for appellant. I. N. Jacobson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

YOUNGS et al., Respondents, v. YOUNGS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Fanny Henrietta Youngs, as sole surviving executrix, etc., and others, against Ada C. Youngs, individually, etc., and others. No opinion. Motion for stay pending appeal to the Court of Appeals granted.

In re ZIEGLER. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) In the matter of the application of William H. Ziegler for the appointment of appraisers, etc.

PER CURIAM. Order and judgment thereon dismissing application affirmed, with $10 costs and disbursements.

HOOKER, J., not voting.

ZIEGLER et al., Respondents, v. GOLDBERG, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Samuel Ziegler and another against Hyman Goldberg. No opinion. Motion denied, on condition that the appellant perfect his appeal within 10 days. If this condition is not complied with, the motion to dismiss the appeal is granted, with $10 costs.

*